UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61389-CIV-DIMITROULEAS/SNOW

WILHELMINA WARRICK *et al.*,

      Plaintiffs,

vs.

CARNIVAL CORPORATION *et al.*,

      Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss Based on Forum Selection Clause and Forum Non Conveniens [DE 23]. The Court granted the motion on condition that the Defendants make certain stipulations. [DE 40]. The Defendants have made those stipulations. [DE 41].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss Based on Forum Selection Clause and Forum Non Conveniens [DE 23] is **GRANTED**.

2. This action is **DISMISSED**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of February, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record